IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

M&T Bank
        Plaintiff,                                 CASE NO:

vs.

M/V TAI PAN, a 2006 75-Foot Viking Sports
Cruiser, Jamaican Flag Motor Yacht, Official
Number: JMP14064, Hull ID No: VSC75048E506,
her engines, tackle, boats, gear, appurtenances etc.,
*in rem*,

and

Robert A. Cook and Maverick Marine Ventures Ltd.
*in personam*,
        Defendants.
_____/

**VERIFIED COMPLAINT IN ADMIRALTY**

1.     This a case within this Court's Admiralty and Maritime Jurisdiction, and Federal Question Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime claim to foreclose on a preferred ship's mortgage, promissory note and security agreement on the M/V TAI PAN, a 75-Foot Viking Sports Cruiser, Jamaican Flag Motor Yacht, and her engines, tackle, boats, gear, appurtenances etc., *in rem* pursuant to 46 U.S.C. §§ 31301-35 and General Maritime Law and all actions are within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.     This honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1333, 46 U.S.C. §§ 31301-35, and Rule C of the Supplemental Rules for Admiralty and Maritime Claims, the general maritime law.

3. Venue is proper in this district as the vessel is located in Palm Beach County Florida and all defendants reside, own or rent property, operate vessels or do business in Palm Beach County and the conduct by the defendants occurred within this district.

## THE PARTIES

4. Plaintiff M&T Bank is a bank domiciled in New York and is the current holder in due course of a preferred ship's mortgage, registered and perfected in the Commonwealth of Jamaica. See Exhibit A.

5. Plaintiff M&T Bank holds the and Promissory Note and Security Agreement attached to as security for the preferred ship's mortgage held on the M/V TAI PAN. See Exhibit B.

6. The Preferred Ship's Mortgage is recorded on the defendant vessel's Registry Document, attached as Exhibit C.

7. The Defendant vessel, M/V TAI PAN, is a 2006 75-foot Viking motor yacht Jamaican Flag Motor Yacht, Official Number: JMP14064, Hull ID No: VSC75048E506 and owned by Maverick Marine Ventures Ltd. A British Virgin Islands entity or trust, which is controlled, owned and directed by sole director, defendant Robert A. Cook and believed to be currently located in this District.

8. The Robert A. Cook Special Trust is a trust set up by defendant Robert A. Cook for the financing and payment of the defendant motor yacht TAI PAN, Hull ID No: VSC75048E506. A copy of the trust agreement is attached as Exhibit D.

9. Personal jurisdiction is proper over the *in personam* defendants as the wrongful acts and breach of contracts occurred in this District, the parties purposely avail themselves to this District by operating vessels within this District, establishing a Trust in this District and in Florida insuring vessels within this District, and deriving income within this District.

10. Venue is proper in this forum as the defendants reside and/or do business in the state, purposely avail themselves to the forum, and the case or controversy arose in the forum, and the mortgage contracts were breached in the forum.

11. Upon information and belief, the M/V TAI PAN her engines, tackle, boats, appurtenances etc., is now or during the pendency of this action will be within this District, in Florida.

12. Plaintiffs have performed all conditions precedent prior to filing this action.

### COUNT I: BREACH OF FIRST PREFERRED SHIPS MORTGAGE *IN REM* VERSES DEFENDANT VESSEL

Plaintiff M&T Bank realleges and reaffirms paragraphs 1-16 above and further alleges:

13. This is an action for breach of contract and foreclosure of a Promissory Note, Security Agreement and Preferred Ship's Mortgage (Exhibit A & B) in favor of Mortgagee M&T Bank (See Exhibit A & B.)

14. On or about May 23, 2014, Defendants Robert A. Cook and Maverick Marine Ventures Ltd. through its sole director, Robert A. Cook, duly made, executed, and delivered to M&T Bank a First Preferred Ship's Mortgage on the Defendant Vessel in the amount of $1,012,450.00USD as security for payment of a loan made to the Owner of the vessel. A true and correct copy of the instrument is attached hereto as "Exhibit A" and incorporated herein as though fully set forth.

15. Said Mortgage was duly recorded with the Commonwealth of Jamaica and recorded on the vessel's Registry. A copy of the vessel registry is attached as Exhibit C.

16. This recorded instrument constitutes a valid maritime lien on the vessel.

17. On or about May 23, 2014, Defendants Robert A. Cook and Maverick Marine Ventures Ltd., through its sole director Robert A. Cook, duly made, executed, and delivered to M&T Bank, a Promissory Note and Security Agreement as security for the First Preferred Ship's Mortgage on

the Defendant Vessel in the amount of $1,012,450.00USD and as security for payment of a loan made to the Owner of the vessel. A true and correct copy of the instruments are attached hereto as "Exhibit B" and incorporated herein as though fully set forth.

18. On or about May 15, 2014, Defendant Robert A. Cook created the Robert A. Cook Special Trust for the financing and payment of the yacht mortgage and note/security agreement. A true and correct copy of the instruments are attached hereto as "Exhibit D" and incorporated herein as though fully set forth.

19. Defendants and Mortgagors Robert A. Cook and Maverick Marine Ventures Ltd., have breached the mortgage and failed to comply with the provisions of the Mortgage, by failing to make agreed upon payments of principal and interest, by failing to honor the trust agreement and by failing to give reasonable assurances that payments will be made, each such failure being an event of default thereunder.

20. Upon information and belief, Defendant Robert A. Cook may be deceased and death of the Mortgagor is cause for breach pursuant to the note and security agreement.

21. Plaintiff M&T Bank has demanded payment from Defendant Mortgagors and they have failed to pay the installments due and owing, have failed to tender the vessel, although duly demanded.

22. As a result of the breach of the mortgage, Plaintiff M&T Bank has been damaged in the amount of $995,847.15USD in unpaid principal, interest and late fees, plus attorneys' fees, custodial costs and costs of litigation.

23. Plaintiff M&T Bank is entitled to attorneys' fees and costs pursuant to the Preferred Ships' Mortgage, Note and Security Agreement and maritime law.

24. The First Preferred Ship's Mortgage (the "Mortgage") granted a security interest in the

whole of the vessel for payment of the $995,847.15USD indebtedness to the plaintiff M&T Bank.

25. Plaintiff M&T Bank is entitled to arrest the vessel and condemn it for Marshall's Sale and to a recovery, of its damages, costs, custodial fees, and attorneys' fees pursuant to the Preferred Ships' Mortgage, Note and Security Agreement and general maritime law.

26. Attorneys' fees, costs, expenses, and disbursements have been, and will be incurred in the prosecution of this action and will be due and owing from the defendants in accordance with the Mortgage, promissory note and security agreement and maritime law.

WHEREFORE, the plaintiff M&T Bank prays that Process for the arrest of the M/V TAI PAN, a 2006 75-foot Viking motor yacht Jamaican Flag Motor Yacht, Official Number: JMP14064, Hull ID No: VSC75048E506 and her engines, tackle, boats, gear, appurtenances etc., in due form of law, according to the practices of this Honorable Court in causes of Admiralty and Maritime jurisprudence, may issue against the Vessel her hull, her main engines, boats, gear, appurtenances, main engines, fuel, cargo and apparel, etc., and that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular the matters aforesaid; that plaintiff have a decree for its damages aforesaid, with interest attorneys' fees and costs; and that the M/V TAI PAN, a 2006 75-foot Viking motor yacht Jamaican Flag Motor Yacht, Official Number: JMP14064, Hull ID No: VSC75048E506 her engines, tackle, boats, appurtenances etc. be placed in the plaintiff's possession; That process in due form of law may issue enjoining the defendants or any other party from attempting to sell or dispose of the M/V TAI PAN and her engines, tackle, boats, appurtenances etc.

That M/V TAI PAN, her engines, tackle, boats, appurtenances etc. and other vessels owned by Defendants, located within this district be attached to the amount sued for herein, and

condemned and sold to pay Plaintiff's claim; and that defendant vessel, M/V TAI PAN, her engines, tackle, boats, appurtenances etc. be adjudged liable to plaintiff in the amount of $995,847.15USD plus pre-judgment and post-judgment interest, attorneys' fees and costs of litigation, and custodial fees and costs, post judgment interest, and that the Plaintiff may have such other and further relief as the cause may require.

### COUNT II-- *IN PERSONAM* CLAIM VS ROBERT A. COOK AND MAVERICK MARINE VENTURES LTD. FOR BREACH OF CONTRACTS

Plaintiff M&T Bank re-alleges and reaffirms paragraphs 1-12 and would further allege:

27. This is an action for breach of contract and foreclosure of a Promissory Note, Security Agreement and Preferred Ship's Mortgage (Exhibit A & B) in favor of Mortgagee M&T Bank.

28. On or about May 23, 2014, Defendants Robert A. Cook and Maverick Marine Ventures Ltd., through its sole director, Robert A. Cook duly made, executed, and delivered to M&T Bank a Promissory Note and Security Agreement for the Defendant Vessel in the amount of $1,012,450.00USD as security for payment of a loan made to the Owner of the vessel. A true and correct copy of the instrument is attached hereto as "Exhibit B" and incorporated herein as though fully set forth.

29. The Mortgage was duly recorded with the Commonwealth of Jamaica and recorded on the vessel's Registry and refers to the Note and Security Agreement. A copy of the vessel registry is attached as Exhibit C.

30. This recorded instrument constitutes a valid maritime lien on the vessel.

31. On or about May 15, 2014, Defendant Robert A. Cook created the Robert A. Cook Special Trust for the financing and payment of the yacht mortgage and note/security agreement. A true and correct copy of the instruments are attached hereto as "Exhibit D" and incorporated herein as

though fully set forth.

32. Defendants and Mortgagors Robert A. Cook and Maverick Marine Ventures Ltd., have breached the Mortgage, Security Agreement and Promissory note and failed to comply with the provisions of the Mortgage, Note and Security Agreement, by failing to make agreed upon payments of principal and interest, by failing to honor the trust agreement and by failing to give reasonable assurances that payments will be made, each such failure being an event of default thereunder.

33. Upon information and belief, Defendant Robert A. Cook may be deceased and death of the Mortgagor is cause for breach pursuant to the Note and Security Agreement.

34. Plaintiff M&T Bank has demanded payment from Defendant Mortgagors and borrowers Defendants Robert A. Cook and Maverick Marine Ventures Ltd., and they have failed to pay the installments due and owing, have failed to tender the vessel, although duly demanded.

35. As a result of the breach of the Promissory Note and Security agreement, Plaintiff M&T Bank has been damaged in the amount of $995,847.15USD in unpaid principal, interest and late fees, plus attorneys' fees, custodial costs and costs of litigation.

36. Plaintiff M&T Bank is entitled to attorneys' fees and costs pursuant to the Preferred Ships' Mortgage, Note and Security Agreement and maritime law.

37. The First Preferred Ship's Mortgage (the "Mortgage") Promissory Note and Security Agreement granted a security interest in the whole of the vessel for payment of the $990,000.00USD indebtedness to the plaintiff M&T Bank.

38. Plaintiff M&T Bank is entitled to judgment against each of the borrowers, Defendants Robert A. Cook and Maverick Marine Ventures Ltd. on the Security Agreement and Note, jointly and severally, for recovery of its damages, costs, custodial fees, and attorneys' fees pursuant to the

Preferred Ships' Mortgage, Note and Security Agreement and general maritime law.

39.  Attorneys' fees, costs, expenses, and disbursements have been, and will be incurred in the prosecution of this action and will be due and owing from the defendants in accordance with the Mortgage, promissory note and security agreement and maritime law.

WHEREFORE, having demonstrated breach of the mortgage instruments, Promissory Note and Security Agreement, Plaintiff M&T Bank hereby prays for judgment against Defendants Robert A. Cook and Maverick Marine Ventures Ltd., jointly and severally, in the amount of $$995,847.15USD in unpaid principal, interest and late fees, plus attorneys' fees, custodial costs and costs of litigation, post judgment interest, and such other and further relief as the justice of the cause may require.

Respectfully submitted this 9th day of October, 2015.

Matthew J. Valcourt
Fla. Bar No. 0088791
Valcourt and Associates LLC
850 N.E. Third Street
Suite 208
Dania, FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff M&T BANK

## VERIFICATION & DECLARATION UNDER OATH

STATE OF FLORIDA

COUNTY OF BROWARD

     BEFORE ME, the undersigned authority, personally appeared Matthew J. Valcourt, Esq, who was duly sworn and says that he is the attorney for plaintiff, that he and M&T Bank have read the foregoing Verified Complaint filed in this case and is familiar with its contents, which are true to the best of his knowledge information and belief. The sources of his information and grounds for his belief are documents attached as exhibits, and correspondences and conversations with the plaintiff, M&T BANK's Recovery Department concerning the circumstances and facts set forth in the Verified Complaint. This verification is made by Matthew J. Valcourt because the plaintiff is a corporation located in New York, and none of the officers or directors are presently within the district. The undersigned states that he is authorized to make this representation on behalf of the plaintiff.

_____
Matthew J. Valcourt
As attorney-in-fact for M&T Bank


SWORN TO AND SUBSCRIBED before me this 9 day of October, 2015

Signature of Notary Public, State of Florida

_____
Print, Typed or Stamped Commissioned Name of Notary Public

Personally Known _____

Produced Identification ✓

Type of Identification Produced: FL. Drivers License



DANA BRINGAS
Notary Public - State of Florida
Commission # FF 228771
My Comm. Expires May 14, 2019
Bonded through National Notary Assn.